UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
LAWSON, EDDIE § Case No. 12-24096
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on         .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]           $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ _____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ _____ as interim compensation and now requests a sum of $ _____, for a total compensation of $ _____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ _____, and now requests reimbursement for expenses of $ _____, for total expenses of $ _____[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/Elizabeth C. Berg_____
                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1 - LAWSON

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 12-24096 | CAD | Judge: CAROL A. DOYLE | Trustee Name: | Elizabeth C. Berg |
| Case Name: | LAWSON, EDDIE | | | Date Filed (f) or Converted (c): | 06/14/12 (f) |
| | | | | 341(a) Meeting Date: | 08/20/12 |
| For Period Ending: 08/08/13 | | | | Claims Bar Date: | 01/29/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Vehicles (u) 2004 BMW | 0.00 | 6,000.00 | | 6,000.00 | FA |
| 2. Cash Cash on Hand | 300.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods 2 Rooms of Furniture, Computer, TV, Empty Safe | 200.00 | 0.00 | | 0.00 | FA |
| 4. Wearing Apparel Normal Wearing Apparel | 250.00 | 0.00 | | 0.00 | FA |
| 5. Firearms, Sport, Photo & Hobby Eqpt 1 Set Pulser Dynaster Skis, 1 Set Slalom Dynaster Skis with Bag, Walking Sticks and Tool | 200.00 | 0.00 | | 0.00 | FA |
| 6. Vehicles 2001 Chevy Blazer - 140,000 miles | 2,500.00 | 0.00 | | 0.00 | FA |
| 7. Machinery, Equipment & Supplies Baking Equipment located at 488 S. Spring Road, Elmhurst, IL 60126 (See Doc. 18) - Determined by Trustee to be non-Estate property; Debtor has no interest. | 27,500.00 | 0.00 | | 0.00 | FA |
| 8. Machinery, Equipment & Supplies Additional Bakery items located at 488 S. Spring Road, Elmhurst, IL (See Doc. 18) Non-Estate property; Debtor has not interest. | 1,500.00 | 0.00 | | 0.00 | FA |
| 9. Machinery, Equipment & Supplies Bakery Equipment located in two storage units at 3459 State Route 59, Naperville, IL (See Doc. 18) Non-Estate property; Debtor has no interest; | 2,000.00 | 0.00 | | 0.00 | FA |
| 10. Stocks & Interest in Businesses | 0.00 | 0.00 | | 0.00 | FA |

LFORM1   UST Form 101-7-TFR (5/1/2011) *(Page: 3)*                                                                                     Ver: 16.05c

**FORM 1 - LAWSON**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| Case No: | 12-24096 | CAD | Judge: CAROL A. DOYLE | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|---|---|
| Case Name: | LAWSON, EDDIE | | | Date Filed (f) or Converted (c): | 06/14/12 (f) |
| | | | | 341(a) Meeting Date: | 08/20/12 |
| | | | | Claims Bar Date: | 01/29/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 100% Shareholder of JMJ Products | | | | | |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $34,450.00 | $6,000.00 | | $6,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TR investigated estate's interest in bakery equipment and determined property did not belong to debtor and had been transferred to 3rd party by Debtor's former wife several years ago;  In course of investigation,TR discovered undisclosed used BMW and negotiated for Estate's sale of same back to debtor in (3) installments.  TR has collected initial payment, will collect remaining 2 payments and make final distribution to creditors.  Distribution to creditors anticipated in 2013.

Initial Projected Date of Final Report (TFR): 06/30/12          Current Projected Date of Final Report (TFR): 06/30/13

         /s/     Elizabeth C. Berg
_____  Date: 08/08/13
         ELIZABETH C. BERG

LFORM1   UST Form 101-7-TFR (5/1/2011) *(Page: 4)*                                                         Ver: 16.05c

FORM 2 - LAWSON

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit B

| Case No: | 12-24096 -CAD | | Trustee Name: | Elizabeth C. Berg |
| Case Name: | LAWSON, EDDIE | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******8555  Checking Account |
| Taxpayer ID No: | *******2406 | | | |
| For Period Ending: | 08/08/13 | | Blanket Bond (per case limit): | $ 100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/04/12 | 1 | Eddie Lawson<br>c/o Fifth Third Bank<br>Cashier's Check | DOWNPAYMENT ON VEHICLE | 1229-000 | 3,000.00 | | 3,000.00 |
| 11/02/12 | 1 | Estate of Eddie Lawson<br>Fifth Third Bank Cashier's Check<br>Lexington  KY | DOWNPAYMENT ON VEHICLE | 1229-000 | 1,500.00 | | 4,500.00 |
| 12/11/12 | 1 | Eddie Lawson<br>Fifth Third Bank Cashier's Check<br>Lexington  KY | FINAL DOWNPAYMENT ON VEHICLE | 1229-000 | 1,500.00 | | 6,000.00 |
| 02/15/13 | 001001 | International Sureties, Ltd.<br>Suite 420<br>701Poydras Street<br>New Orleans, LA  70139 | Trustee Bond Annual Premium<br>Bond # 016026455 | 2300-000 | | 4.96 | 5,995.04 |
| * 03/08/13 | | CONGRESSIONAL BANK<br>6500 ROCK SPRING DRIVE<br>SUITE 300<br>BETHESDA, MD 20817 | Monthly Bank Service Fee | 2600-003 | | 13.05 | 5,981.99 |
| * 04/05/13 | | Reverses Adjustment OUT on 03/08/13 | Monthly Bank Service Fee<br>No Monthly Bank Service Fees were assessed on this account for May. Adjustment Out was entered in error during reconciliation process. 4.5.13 ~JMM | 2600-003 | | -13.05 | 5,995.04 |
| | | | | Page Subtotals | 6,000.00 | 4.96 | |

UST Form 101-7-TFR (5/1/2011)  *(Page: 5)*

LFORM24

Ver: 16.05c

FORM 2 - LAWSON

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 12-24096 -CAD | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|
| Case Name: | LAWSON, EDDIE | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******8555  Checking Account |
| Taxpayer ID No: | *******2406 | | |
| For Period Ending: | 08/08/13 | Blanket Bond (per case limit): | $  100,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 6,000.00 | 4.96 | 5,995.04 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 6,000.00 | 4.96 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 6,000.00 | 4.96 | |
| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - ********8555 | 6,000.00 | 4.96 | 5,995.04 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 6,000.00 | 4.96 | 5,995.04 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

| | | EXHIBIT C - LAWSON | | | |
|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | Date: August 08, 2013 |

Case Number: 12-24096
Debtor Name: LAWSON, EDDIE

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | Baldi Berg & Wallace, LLC<br>19 S. LaSalle St. #1500<br>Chicago IL 60603 | Administrative | | $1,342.50 | $0.00 | $1,342.50 |
| 001<br>2100-00 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg & Wallace<br>19 S. LaSalle St. #1500<br>Chicago IL 60603 | Administrative | | $1,350.00 | $0.00 | $1,350.00 |
| BOND<br>999<br>2300-00 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Administrative | | $4.96 | $4.96 | $0.00 |
| 000001<br>070<br>7100-00 | Atlas Acquisitions LLC (GE Capital - Sam's Club)<br>294 Union St.<br>Hackensack, NJ 07601 | Unsecured | | $5,608.97 | $0.00 | $5,608.97 |
| 000002<br>070<br>7100-00 | Atlas Acquisitions LLC (GE Capital - Sam's Club)<br>294 Union St.<br>Hackensack, NJ 07601 | Unsecured | | $4,833.91 | $0.00 | $4,833.91 |
| 000003<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $7,064.76 | $0.00 | $7,064.76 |
| 000004<br>070<br>7100-00 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $1,000.06 | $0.00 | $1,000.06 |
| 000005<br>070<br>7100-00 | Palisades Collections, LLC<br>Vativ Recovery Solutions LLC dba SMC<br>As Agent For Palisades Collections, LLC<br>PO Box 40728<br>Houston TX 77240-0728 | Unsecured | | $3,508.67 | $0.00 | $3,508.67 |
| | Case Totals: | | | $24,713.83 | $4.96 | $24,708.87 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-24096
Case Name: LAWSON, EDDIE
Trustee Name: Elizabeth C. Berg

   Balance on hand                 $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg | $ | $ | $ |
| Attorney for Trustee Fees: Baldi Berg & Wallace, LLC | $ | $ | $ |
| Other: International Sureties, Ltd. | $ | $ | $ |

  Total to be paid for chapter 7 administrative expenses     $_____

  Remaining Balance                $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

  Allowed priority claims are:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

      The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

      Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

      Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Atlas Acquisitions LLC (GE Capital - Sam's Club) | $ | $ | $ |
| 000002 | Atlas Acquisitions LLC (GE Capital - Sam's Club) | $ | $ | $ |
| 000003 | Discover Bank | $ | $ | $ |
| 000004 | American Express Centurion Bank | $ | $ | $ |
| 000005 | Palisades Collections, LLC | $ | $ | $ |

      Total to be paid to timely general unsecured creditors    $_____

      Remaining Balance    $_____

      Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

      Tardily filed general (unsecured) claims are as follows:

                                      NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE