UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| LAWSON, EDDIE | § | Case No. 12-24096 |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C. Berg, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        Mr. Kenneth S. Gardner
        Clerk of the U.S. Bankruptcy Court
        19 S. Dearborn Street
        7th Floor
        Chicago   IL   60603

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :

        11:15 a.m.
        on September 5, 2013
        in Courtroom 240 of the Kane County Courthouse
        100 South 3rd Street, Geneva, Illinois

   If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____    By: <u>Kenneth S. Gardner</u>
                                                                                 Clerk of the US Bankruptcy Court

*Elizabeth C. Berg*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| LAWSON, EDDIE | § | Case No. 12-24096 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 6,000.00 |
| and approved disbursements of | $ | 4.96 |
| leaving a balance on hand of[1] | $ | 5,995.04 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Elizabeth C. Berg | $ 1,350.00 | $ 0.00 | $ 1,350.00 |
| Attorney for Trustee Fees: Baldi Berg & Wallace, LLC | $ 1,342.50 | $ 0.00 | $ 1,342.50 |
| Other: International Sureties, Ltd. | $ 4.96 | $ 4.96 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 2,692.50 |
| Remaining Balance | | $ | 3,302.54 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 22,016.37 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 15.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Atlas Acquisitions LLC (GE Capital - Sam's Club) | $ 5,608.97 | $ 0.00 | $ 841.37 |
| 000002 | Atlas Acquisitions LLC (GE Capital - Sam's Club) | $ 4,833.91 | $ 0.00 | $ 725.11 |
| 000003 | Discover Bank | $ 7,064.76 | $ 0.00 | $ 1,059.74 |
| 000004 | American Express Centurion Bank | $ 1,000.06 | $ 0.00 | $ 150.01 |
| 000005 | Palisades Collections, LLC | $ 3,508.67 | $ 0.00 | $ 526.31 |
| | Total to be paid to timely general unsecured creditors | | $ | 3,302.54 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Elizabeth C. Berg

*Elizabeth C. Berg*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 12-24096-CAD
Eddie Lawson                                                              Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: mhenley          Page 1 of 3           Date Rcvd: Aug 09, 2013
                             Form ID: pdf006        Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2013.
```
db          +Eddie Lawson,    1346 Georgetown Dr.,    Batavia, IL 60510-7617
19035740    +American Express,    P.O. Box 981537,    El Paso, TX 79998-1537
19733019     American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
19035741    +Anderson Pest Control,    501 W. Lake St., Suite 204,    Elmhurst, IL 60126-1419
19635135    +Atlas Acquisitions LLC  (GE Capital - Sam's Club),    294 Union St.,   Hackensack, NJ 07601-4303
19035742    +Blitt and Gaines, P.C.,    661 Glenn Ave.,    Wheeling, IL 60090-6017
19035743    +Charles Mueller, LLC,    758 Saylor Ave.,    Elmhurst, IL 60126-4730
19035744     Charter One,    1000 Lafayette Blvd.,    Bridgeport, CT 06604-4725
19035745    +Chase Bank USA,    P.O. Box 15298,    Wilmington, DE 19850-5298
19035746     City of Elmhurst,    209 North York St.,    Elmhurst, IL 60126-2759
19035747     Comcast Chicago Seconds 2000,    c/o Credit Management,    17070 Dallas Pkwy,
              Dallas, TX 75248-1950
19035749    +DuPage Emergency Physicians,    c/o Medical Business Bureau,    1460 Renaissance Dr. Ste. 400,
              Park Ridge, IL 60068-1349
19035753     Nissan Motor Acceptance,    Consumer Dispute,    P.O. Box 660360,   Dallas, TX 75266-0360
19035756    +Suburban Ear Nose and Throat,    c/o Medical Business Bureau,    1460 Renaissance Dr., Ste. 400,
              Park Ridge, IL 60068-1349
19035757    +TekCollect,    c/o Anderson Pest Control,    P.O. Box 1269,   Columbus, OH 43216-1269
19035758     The Home Depot,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
19035759     Turner Acceptance Corp.,    4454 N Western Ave.,    Chicago, IL 60625-2115
19035750    ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: FBS Card Service,    P.O. Box 9487,    Minneapolis, MN 55440-9487)
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19088175    +E-mail/Text: bnc@atlasacq.com Aug 09 2013 23:42:35     Atlas Acquisitions LLC,   294 Union St.,
              Hackensack, NJ 07601-4303
19035748     E-mail/PDF: mrdiscen@discoverfinancial.com Aug 09 2013 23:50:36     Discover Financial Services,
              P.O. Box 15316,   Wilmington, DE 19850-5316
19646837     E-mail/PDF: mrdiscen@discoverfinancial.com Aug 09 2013 23:50:36     Discover Bank,
              DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
19035751     E-mail/Text: resurgentbknotifications@resurgent.com Aug 09 2013 23:56:11     LVNV Funding LLC,
              P.O. Box 10584,   Greenville, SC 29603-0584
19035752     E-mail/Text: bankruptcydpt@mcmcg.com Aug 09 2013 23:38:37     Midland Credit Mgmt. Inc.,
              8875 Aero Dr. Ste. 200,   San Diego, CA 92123-2255
20727006     E-mail/PDF: rmscedi@recoverycorp.com Aug 09 2013 23:47:50     PORTFOLIO INVESTMENTS II LLC,
              Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
19035754     E-mail/Text: ebn@vativrecovery.com Aug 09 2013 23:42:49     Palisades Collection, LLC,
              210 Sylvan Ave.,   Englewood Cliffs, NJ 07632-2524
19748973     E-mail/Text: ebn@vativrecovery.com Aug 09 2013 23:42:49     Palisades Collections, LLC,
              Vativ Recovery Solutions LLC dba SMC,   As Agent For Palisades Collections, LLC,   PO Box 40728,
              Houston TX 77240-0728
19035755     E-mail/Text: cleech@acsi.net Aug 09 2013 23:38:39     Railway Plaza,
              c/o Rentdebt Automated Collect,   2285 Murfreesboro Pike,   Nashville, TN 37217-3348
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19035760*   ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank,    P.O. Box 2846,   Oshkosh, WI 54903-2846)
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: mhenley              Page 2 of 3              Date Rcvd: Aug 09, 2013
                              Form ID: pdf006            Total Noticed: 27

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 11, 2013**                    **Signature:**          *Joseph Speetjens*

```
District/off: 0752-1          User: mhenley              Page 3 of 3              Date Rcvd: Aug 09, 2013
                              Form ID: pdf006            Total Noticed: 27
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 8, 2013 at the address(es) listed below:

```
              Elizabeth C Berg    bergtrustee@baldiberg.com,    eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
              Elizabeth C Berg    on behalf of Trustee Elizabeth C Berg ecberg@ameritech.net
              Kathleen   Vaught    on behalf of Debtor Eddie   Lawson attykv@yahoo.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Ronald W. Kalish    on behalf of Creditor    TURNER ACCEPTANCE CORPORATION rkalish@sgklawyers.com,
               lfilippini@sgklawyers.com
                                                                                             TOTAL: 5
```