**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| LAWSON, EDDIE | § | Case No. 12-24096 |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Elizabeth C. Berg, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 34,450.00<br>*(Without deducting any secured claims)* | Assets Exempt: 4,250.00 |
| Total Distributions to Claimants: 3,302.54 | Claims Discharged<br>Without Payment: 18,713.83 |
| Total Expenses of Administration: 2,697.46 | |

3) Total gross receipts of $ 6,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 6,000.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,697.46 | 2,697.46 | 2,697.46 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 22,016.37 | 22,016.37 | 3,302.54 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 24,713.83 | $ 24,713.83 | $ 6,000.00 |

4) This case was originally filed under chapter 7 on 06/14/2012 . The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/30/2013 By:/s/Elizabeth C. Berg
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Vehicles | 1229-000 | 6,000.00 |
| **TOTAL GROSS RECEIPTS** | | $ 6,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ELIZABETH C. BERG, TRUSTEE | 2100-000 | NA | 1,350.00 | 1,350.00 | 1,350.00 |
| INTL SURETIES | 2300-000 | NA | 4.96 | 4.96 | 4.96 |
| BALDI BERG & WALLACE | 3110-000 | NA | 1,342.50 | 1,342.50 | 1,342.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 2,697.46 | $ 2,697.46 | $ 2,697.46 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | NA | 1,000.06 | 1,000.06 | 150.01 |
| 000001 | ATLAS ACQUISITIONS LLC (GE CAPITAL | 7100-000 | NA | 5,608.97 | 5,608.97 | 841.37 |
| 000002 | ATLAS ACQUISITIONS LLC (GE CAPITAL | 7100-000 | NA | 4,833.91 | 4,833.91 | 725.11 |
| 000003 | DISCOVER BANK | 7100-000 | NA | 7,064.76 | 7,064.76 | 1,059.74 |
| 000005 | PALISADES COLLECTIONS, LLC | 7100-000 | NA | 3,508.67 | 3,508.67 | 526.31 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ NA | $ 22,016.37 | $ 22,016.37 | $ 3,302.54 |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit 8

Case No: 12-24096 CAD Judge: CAROL A. DOYLE
Case Name: LAWSON, EDDIE

For Period Ending: 10/30/13

Trustee Name: Elizabeth C. Berg
Date Filed (f) or Converted (c): 06/14/12 (f)
341(a) Meeting Date: 08/20/12
Claims Bar Date: 01/29/13

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Vehicles (u)<br>2004 BMW | 0.00 | 6,000.00 | | 6,000.00 | FA | 0.00 | 0.00 |
| 2. Cash<br>Cash on Hand | 300.00 | 0.00 | | 0.00 | FA | 0.00 | 300.00 |
| 3. Household Goods<br>2 Rooms of Furniture, Computer, TV, Empty Safe | 200.00 | 0.00 | | 0.00 | FA | 0.00 | 200.00 |
| 4. Wearing Apparel<br>Normal Wearing Apparel | 250.00 | 0.00 | | 0.00 | FA | 0.00 | 250.00 |
| 5. Firearms, Sport, Photo & Hobby Eqpt<br>1 Set Pulser Dynaster Skis, 1 Set Slalom Dynaster Skis with Bag, Walking Sticks and Tool | 200.00 | 0.00 | | 0.00 | FA | 0.00 | 200.00 |
| 6. Vehicles<br>2001 Chevy Blazer - 140,000 miles | 2,500.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 7. Machinery, Equipment & Supplies<br>Baking Equipment located at 488 S. Spring Road, Elmhurst, IL 60126 (See Doc. 18) - Determined by Trustee to be non-Estate property; Debtor has no interest. | 27,500.00 | 0.00 | | 0.00 | FA | 0.00 | 1,300.00 |
| 8. Machinery, Equipment & Supplies<br>Additional Bakery items located at 488 S. Spring Road, Elmhurst, IL (See Doc. 18)<br>Non-Estate property; Debtor has not interest. | 1,500.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 9. Machinery, Equipment & Supplies<br>Bakery Equipment located in two storage units at 3459 State Route 59, Naperville, IL (See Doc. 18)<br>Non-Estate property; Debtor has no interest; | 2,000.00 | 0.00 | | 0.00 | FA | 0.00 | 2,000.00 |
| 10. Stocks & Interest in Businesses<br>100% Shareholder of JMJ Products | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit 8

Case No: 12-24096 CAD Judge: CAROL A. DOYLE
Case Name: LAWSON, EDDIE

Trustee Name: Elizabeth C. Berg
Date Filed (f) or Converted (c): 06/14/12 (f)
341(a) Meeting Date: 08/20/12
Claims Bar Date: 01/29/13

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| | | | | | Gross Value of Remaining Assets | | |
| TOTALS (Excluding Unknown Values) | $34,450.00 | $6,000.00 | | $6,000.00 | $0.00 | $0.00 | $4,250.00 |
| | | | | | (Total Dollar Amount in Column 6) | | |

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee investigated estate's interest in bakery equipment and determined property did not belong to debtor. In the course of the investigation,Trustee discovered undisclosed used BMW automobile and negotiated for Estate's sale of same back to debtor in (3) installments. Trustee collected all installment payments and made final distribution to creditors in September 2013. Trustee is in the process of preparing her Distribution Report.

Initial Projected Date of Final Report (TFR): 06/30/12 Current Projected Date of Final Report (TFR): 06/30/13

FORM 2

Page: 1

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-24096 -CAD
Case Name: LAWSON, EDDIE

Taxpayer ID No: *******2406
For Period Ending: 10/30/13

Trustee Name: Elizabeth C. Berg
Bank Name: Congressional Bank
Account Number / CD #: *******8555 Checking Account

Blanket Bond (per case limit): $ 100,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Trans. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/04/12 | 1 | Eddie Lawson<br>c/o Fifth Third Bank<br>Cashier's Check | DOWNPAYMENT ON VEHICLE | 1229-000 | 3,000.00 | | 3,000.00 |
| 11/02/12 | 1 | Estate of Eddie Lawson<br>Fifth Third Bank Cashier's Check<br>Lexington KY | DOWNPAYMENT ON VEHICLE | 1229-000 | 1,500.00 | | 4,500.00 |
| 12/11/12 | 1 | Eddie Lawson<br>Fifth Third Bank Cashier's Check<br>Lexington KY | FINAL DOWNPAYMENT ON VEHICLE | 1229-000 | 1,500.00 | | 6,000.00 |
| 02/15/13 | 001001 | International Sureties, Ltd.<br>Suite 420<br>701Poydras Street<br>New Orleans, LA 70139 | Trustee Bond Annual Premium<br>Bond # 016026455 | 2300-000 | | 4.96 | 5,995.04 |
| * 03/08/13 | | CONGRESSIONAL BANK<br>6500 ROCK SPRING DRIVE<br>SUITE 300<br>BETHESDA, MD 20817 | Monthly Bank Service Fee | 2600-003 | | 13.05 | 5,981.99 |
| * 04/05/13 | | Reverses Adjustment OUT on 03/08/13 | Monthly Bank Service Fee<br>No Monthly Bank Service Fees were assessed on this account for May. Adjustment Out was entered in error during reconciliation process. 4.5.13 ~JMM | 2600-003 | | -13.05 | 5,995.04 |
| 09/09/13 | 001002 | Baldi Berg & Wallace<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Attorney for TR Fees (TR Firm) | 3110-000 | | 1,342.50 | 4,652.54 |
| 09/09/13 | 001003 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg & Wallace<br>20 N. Clark Street #200<br>Chicago IL 60602 | Trustee Final Compensation | 2100-000 | | 1,350.00 | 3,302.54 |
| 09/09/13 | 001004 | Atlas Acquisitions LLC (GE Capital - Sam's Club)<br>294 Union St. | Claim 000001, Payment 15.00044% | 7100-000 | | 841.37 | 2,461.17 |

FORM 2

Page: 2

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 12-24096 -CAD
Case Name: LAWSON, EDDIE

Taxpayer ID No: *******2406
For Period Ending: 10/30/13

Trustee Name: Elizabeth C. Berg
Bank Name: Congressional Bank
Account Number / CD #: *******8555 Checking Account

Blanket Bond (per case limit): $ 100,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Hackensack, NJ 07601 | | | | | |
| 09/09/13 | 001005 | Atlas Acquisitions LLC (GE Capital - Sam's Club)<br>294 Union St.<br>Hackensack, NJ 07601 | Claim 000002, Payment 15.00049% | 7100-000 | | 725.11 | 1,736.06 |
| 09/09/13 | 001006 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000003, Payment 15.00037% | 7100-000 | | 1,059.74 | 676.32 |
| 09/09/13 | 001007 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000004, Payment 15.00010% | 7100-000 | | 150.01 | 526.31 |
| 09/09/13 | 001008 | Palisades Collections, LLC<br>Vativ Recovery Solutions LLC dba SMC<br>As Agent For Palisades Collections, LLC<br>PO Box 40728<br>Houston TX 77240-0728 | Claim 000005, Payment 15.00027% | 7100-000 | | 526.31 | 0.00 |

Account *******8555

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 3 | Deposits | 6,000.00 | 8 | Checks | 6,000.00 |
| 0 | Interest Postings | 0.00 | 2 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 6,000.00 | | | |
| | | | | Total | $ 6,000.00 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 6,000.00 | | | |

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-24096 -CAD
Case Name: LAWSON, EDDIE

Taxpayer ID No: *******2406
For Period Ending: 10/30/13

Trustee Name: Elizabeth C. Berg
Bank Name: Congressional Bank
Account Number / CD #: *******8555 Checking Account

Blanket Bond (per case limit): $ 100,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |